# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

ELMER JURL CONNELLY,          )
              Plaintiff,        )
                                  )
vs.                               )       No. 06-5129-CV-SW-FJG
                                  )
H.O. WOLDING, INC.,         )
              Defendant.      )

## ORDER

The Court held a teleconference on May 24, 2007 to discuss the discovery dispute between the parties. Specifically, the discovery dispute involved Defendant's Request for Production of Documents to Plaintiff, which requested plaintiff's income tax returns for the five (5) years preceding the accident that is subject of this litigation. Defendants request also asked for plaintiff to sign an authorization form for the disclosure of these tax returns. However, plaintiff refused to produce these tax returns because plaintiff stated he produced other documents showing plaintiff's lost income. Upon consideration of this matter, the Court hereby orders that Plaintiff, Elmer Jurl Connelly, produce complete copies of all income tax returns for the five (5) years preceding the accident that is the subject of this litigation; and to sign the U.S. income tax authorization for disclosure of tax records as requested by document request No. 16 of Defendant's initial Request for Production of Documents. Plaintiff is directed to comply with this Order by **Friday, June 8, 2007**.

**IT IS SO ORDERED.**

Date: 5/25/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge