IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

ELMER JURL CONNELLY,            )
                                )
              Plaintiff,        )
                                )
vs.                             )   No. 06-5129-CV-SW-FJG
                                )
H.O. WOLDING, INC.,             )
                                )
              Defendant.        )

## JUDGMENT IN A CIVIL CASE

 X   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 ___ **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

   pursuant to Verdict A, on the claim of plaintiff Elmer Jurl Connelly for personal injuries against defendant H.O. Wolding, the jury assesses damages of plaintiff at $375,000.


April 8, 2008                Patricia L. Brune
Date                         Clerk

                              /s/ Rhonda Enss
                             (by) Deputy Clerk